Benjamin Wright
Wright Law Offices
2999 N. 44th Street, Ste 600
Phoenix, AZ 85018
602-344-9695
480-717-3380 (fax)
bwright@wloaz.com
Attorney for the Debtors

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| In Re:<br><br>NICOLE ALLISON,<br><br><br>Debtor(s). | In Proceedings Under Chapter 13<br><br>Case No. 2:18-bk-01211-SHG<br><br>STIPULATED MOTION TO ALLOW DEBTORS TO INCUR DEBT TO REFINANCE REAL PROPERTY |

Nicole Allison, Debtor(s), and Edward J. Maney, Chapter 13 Trustee, by and through undersigned counsel, hereby moves, pursuant to Local Rule 2084-25, this Court for an Order allowing Debtors to incur additional debt to purchase a residence. In support of said motion, Debtor and Trustee stipulate as follows:

In support of her motion, Debtor states as follows:

1. Debtor is current with plan payments.
2. Debtor is not in default under the terms of the Chapter 13 Plan.
3. The proposed new debt will be a single loan to purchase a residence for Debtor.
4. The only security for the proposed new debt is the residence being purchased.
5. All existing liens and security interests encumbering the residence will be paid from the proceeds of the new debt.
6. Debtor is relocating because of her job.
7. The proposed monthly housing expense, including escrow items, resulting from the proposed new debt will be approximately $1,420.00.
8. Debtor is asking the court to approve the financing on terms contained in Exhibit "A" attached hereto.

1

9. Debtor will modify her plan, within 15 days of the closing of the purchase of the home, to provide for 100% of timely filed, allowable claims or to contribute all of her disposable income, whichever is applicable.
10. The granting of this motion will not hinder Debtor's ability to continue to make Plan payments.

Wherefore, Debtors request this court to enter an Order:
1. Granting this motion to allow Debtors to incur debt to purchase a residence upon substantially the same terms as are contained in Exhibit "A" attached hereto;
2. Directing all current liens against the residence be paid at closing;
3. Allowing Debtors to pay all customary closing costs and fees; and
4. Granting such other and further relief as the Court deems justified.

**CONSENTED AND AGREED AS TO FORM AND CONTENT**

Edward J. Maney, Esq.  Digitally signed by Edward J. Maney, Esq. Date: 2020.04.30 12:36:22 -07'00'

Edward J. Maney                                                    Date
Chapter 13 Trustee


/s/Benjamin J. Wright                                              April 30, 2020
Benjamin J. Wright                                                 Date
Attorney for Debtor

2